```
1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
   EMILY CHARLEY, ESQ. (SBN 238542)
2  LEVIN SIMES KAISER & GORNICK LLP
   One Bush Street, 14th Floor
3  San Francisco, California  94104
   Telephone    (415) 646-7160
4  Facsimile    (415) 981-1270

5  Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA L. BOATWRIGHT AND NORMAN GRALFAM<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P. and ASTRAZENECA, L.P<br><br>　　　　Defendants. | Case No. C 06 1744 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>HON. MARILYN HALL PATEL |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: April 18, 2006                     **LEVIN SIMES KAISER & GORNICK LLP**

_____
Emily Charley
Attorneys for Plaintiffs

April 19, 2006

**IT IS SO ORDERED**
Judge Marilyn H. Patel